MAY M. GUGEL and Another, Appellants, v. EVERETT S. HISCOX and Another, Respondents, and DAISY E. HISCOX ATCHINSON, as Executrix, etc., Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

TEODOR ARBUTINA, an Infant, Through His Guardian ad Litem, DIMITAR ARBUTINA, Respondent, v. PITTSBURG CONTRACTING COMPANY, Appellant. (Appeals Nos. 1 and 2.) — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ. Order to be settled before Mr. Justice Blackmar.

EDWARD J. BACKENSTOS, Respondent, v. CELIA A. HOLMES, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Putnam and Kelly, JJ., concurred; Blackmar, J., dissented upon the ground that the judgment cannot be affirmed without overruling the case of *Patterson* v. *Youngs* (154 App. Div. 536).

LOUIS LEONE, Respondent, v. LARCHMONT WATER COMPANY, Appellant. — Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOHN McCARTHY, Appellant, v. JOHN P. STETSON, Respondent.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVE BURTONSKI, Appellant.— Judgment of conviction of the County Court of Queens county reversed, and new trial ordered, upon the ground that there is no testimony save that of the prosecutrix to show that she and the defendant occupied the same room in the hotel in Newark, N. J.  For all that appears, so far as corroboration is concerned, the prosecutrix and her woman companion occupied one room, and the defendant and his man companion another. Jenks, P. J., Thomas and Mills, JJ., concurred; Rich and Putnam, JJ., voted to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS STECKLER, Alias PHILIP STECKER, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

QUEENS LAND AND TITLE COMPANY, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

THE RANDEL CONCRETE CONSTRUCTION COMPANY, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.